No. 1775. PEOPLE, APPELLEE, *v.* NEVÁREZ, APPELLANT. — District Court of San Juan. Violation of section 162 of the Penal Code. Decided January 12, 1922. The evidence was conflicting and it was not shown that the court below

acted with passion, prejudice or partiality or committed manifest error. *Affirmed.*